# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JOAN LYNNE BORST | | |
| **Case Number:** | 2:09-bk-30321-GBN | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 12, 2010 10:00 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

### *Matter:*

CONTINUED HEARING RE: U.S. Trustee Motion to Dismiss Case Under Section 707(b). (FR. 04-13 & 06-28)(RESET FR. 06-14)

**R / M #:**   31 / 0

### *Appearances:*

LARRY LEE WATSON, US TRUSTEE

### *Proceedings:*

MR. WATSON INFORMS THE COURT THAT HE SPOKE WITH MR. KEIST.  THE INFORMATION HAS BEEN REVIEWED AND THE MOTION WILL BE WITHDRAWN.

THE COURT:  SO NOTED.  FORMAL PAPERS WILL NOT BE REQUIRED.